JOSEPH BURNETTI, Respondent, v. SAMUEL MARTIN, Individually and Doing Business under the Trade Name of EXHIBITOR'S TENT COMPANY, Appellant.— Action to recover damages for personal injuries sustained by plaintiff while a passenger on a truck alleged to have been operated negligently in connection with defendant's business and by a chauffeur in his employ. Judgment for plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

CENTRAL HANOVER BANK AND TRUST COMPANY, as Trustee for MABEL WOOD HILL, Respondent, v. ABE GORDON, Appellant.— Order directing defendant to attorn to the receiver and to pay a monthly rental during the pendency of the foreclosure action affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ., concur.